

# IN THE
# TENTH COURT OF APPEALS

## No. 10-16-00018-CV

## IN THE INTEREST OF L.G.H., A CHILD

**From the 378th District Court
Ellis County, Texas
Trial Court No. 76,737-D**

# ORDER

Appellee's Motion to Extend Time to File Appellee's Brief is denied. Appellee's

brief is due no later than October 21, 2016.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins*
Motion denied
Order issued and filed September 28, 2016

    *Justice Scoggins is recused and did not participate in the decision of this motion.

